IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| COLLEEN WIRFS, ) | | |
| ) | | |
| Plaintiff, ) | | CV-07-6018-KI |
| ) | | |
| v. ) | | JUDGMENT |
| ) | | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | | |
| Security, ) | | |
| ) | | |
| Defendant. ) | | |

King, District Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for an award of benefits.

    DATED this ___5th___ day of May, 2008.

                                                /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge